JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ricardo Sherfield**,<br><br>    Plaintiff,<br><br>vs.<br><br>**Garfield Beach CVS, L.L.C**., a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | CASE NO. 2:19-cv-10984-MCS-MAA<br><br>**JUDGMENT**<br><br>Hon. Mark C. Scarsi |

Pursuant to the Court's Order [Doc. 40] granting Defendant Garfield Beach CVS, L.L.C.'s Motion for Summary Judgment [Doc. 27] and denying Plaintiff Ricardo Sherfield's Motion for Summary Judgment [Doc. 33], it is **HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Court grants summary judgment in favor of Defendant Garfield Beach CVS, L.L.C. as to Plaintiff Ricardo Sherfield's Americans with Disabilities Act claim for relief;

2. Judgment be, and hereby is entered in favor of Defendant Garfield Beach CVS, L.L.C. as to Plaintiff Ricardo Sherfield's ADA claim.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff Ricardo Sherfield's state claims for relief and dismisses those claims without prejudice;

4. Plaintiff Ricardo Sherfield shall recover nothing from Defendant Garfield Beach CVS, L.L.C.; and

5. The Court **VACATES** all dates and deadlines.

The Clerk of the Court shall close the case.

Dated: October 26, 2020    By: _____
                                           Hon. Mark C. Scarsi
                                           United States District Judge